**<u>EXHIBIT L TO DEFENDANTS' NOTICE OF REMOVAL</u>**
**(NOTICE OF FILING DEFENDANTS' NOTICE OF REMOVAL, WITHOUT EXHIBITS A THROUGH L ATTACHED)**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. TEJON STREET<br>COLORADO SPRINGS, COLORADO 80903 | |
| **Plaintiff:**<br>ISAAC S. FERREIRA<br><br>v.<br><br>**Defendants:**<br>CROWN ASSET MANAGEMENT, LLC, and FREDERIC I. WEINBERG & ASSOCIATES, P.C. | ▲ COURT USE ONLY ▲ |
| Attorneys for Defendant The Law Offices of Frederic I. Weinberg & Associates, P.C.:<br><br>Kevin T. Crocker, Col. Reg. No. 55387<br>Barron & Newburger, P.C.<br>10901 W. Toller Drive, Ste. 350<br>Littleton, Colorado 80127<br>Telephone No.: (512) 476-9103, Ext. 246<br>Telephone No.: (512) 649-2417 [Direct]<br>Fax No.: (512) 279-0310<br>E-Mail: kcrocker@bn-lawyers.com | Case Number: 2026CV000235<br><br><br>Division: **3**<br>Courtroom: |

### NOTICE OF FILING DEFENDANTS' NOTICE OF REMOVAL

Defendant The Law Offices of Frederic I. Weinberg & Associates, P.C. ("Law Firm"),[1] by and through its undersigned counsel, hereby notifies this Court and the Pro Se Plaintiff, Isaac S. Ferreira, that on June 30, 2026, the Law Firm and Defendant Crown Asset Management, LLC filed their joint Notice of Removal with the Clerk of the United States District Court for the District of Colorado, thereby removing the above-styled and numbered case in Division 3 for the District Court of El Paso County, Colorado to the United States District Court for the District of Colorado. A true

---

[1] The Law Firm has been incorrectly named herein as Frederic I. Weinberg & Associates, P.C.

1

and correct file-marked copy of the Defendants' Notice of Removal (without **Exhibits A through L**

to Defendants' Notice of Removal attached hereto) in Case No. 1:26-cv-02951 is attached hereto as

**Exhibit 1**.

Dated:  June 30, 2026.

Respectfully submitted,

*/s/ Kevin T. Crocker*

Kevin T. Crocker, Esq.
Col. Reg. No. 55387
BARRON & NEWBURGER, P.C.
10901 W. Toller Drive, Suite 350
Littleton, Colorado 80127
(512) 649-2417 [Telephone - Direct]
(512) 279-0310 [Facsimile]
E-Mail: kcrocker@bn-lawyers.com

ATTORNEYS FOR DEFENDANT
THE LAW OFFICES OF FREDERIC I.
WEINBERG & ASSOCIATES, P.C.

**CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of June, 2026 true and correct file-marked copies of the foregoing *Notice of Filing Defendants' Notice of Removal (without the Exhibits "A" through "L" attached to the Defendants' Notice of Removal)* have been forwarded via the Court's electronic filing system and/or email transmission to: (i) *Pro Se* Plaintiff Isaac S. Ferreira, 6050 Stetson Hills Blvd., Ste. 141, Colorado Springs, Colorado 80923, (302) 249-5019 [Telephone], Email: isaac.steven.ferreira@gmail.com; and (ii) counsel for Defendant Crown Asset Management, LLC, Justin H. Homes, Esq., Sessions, Israel & Shartle, LLP, 3838 N. Causeway Blvd., Ste. 2800, Metairie, Louisiana 70002, (504) 828-3700 [Telephone], (504) 828-3737 [Facsimile], email: jhomes@sessions.legal.

*/s/ Kevin T. Crocker*

Kevin T. Crocker

2

**<u>EXHIBIT 1 TO NOTICE OF FILING DEFENDANTS' NOTICE OF REMOVAL</u>**
**(DEFENDANTS' NOTICE OF REMOVAL FILED WITH THE DISTRICT OF COLORADO ON JUNE 30, 2026, WITHOUT EXHIBITS A THROUGH L ATTACHED)**