**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02951-SKC-MDB

ISAAC S. FERREIRA,

*Pro Se* Plaintiff,

v.

CROWN ASSET MANAGEMENT, LLC, and
FREDERIC I. WEINBERG & ASSOCIATES, P.C.,

Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, P.C.**

---

Pursuant to D.C.COLO.AttyR 5(b), Kevin T. Crocker, Esq. and the law firm of Barron & Newburger, P.C. (collectively, "Attorney Crocker"), respectfully move for entry of an Order permitting them to withdraw as counsel of record for Defendant The Law Offices of Frederic I. Weinberg & Associates, P.C. (the "Law Firm Defendant").[1] In support of this Unopposed Motion, Attorney Crocker states as follows:

1. Attorney Crocker currently represents the Law Firm Defendant in this action.

[1] The Law Firm Defendant was incorrectly named as Frederic I. Weinberg & Associates, P.C. The correct legal name of the Law Firm Defendant is: The Law Offices of Frederic I. Weinberg & Associates, P.C.

2. Irreconcilable differences have arisen concerning the attorney-client relationship and the continued representation, such that Attorney Crocker believes good cause exists for withdrawal pursuant to D.C.COLO.LAttyR 5(b).

3. On September 23, 2026, the Law Firm Defendant, through its principal, Frederic I. Weinberg, agreed that Attorney Crocker should withdraw from the representation. It is Attorney Crocker's understanding that replacement counsel will be retained for the Law Firm Defendant.

4. Attorney Crocker had hoped that replacement counsel would be identified promptly so that Attorney Crocker's withdrawal and the appearance of replacement counsel could be addressed simultaneously, thereby facilitating an orderly transition of the Law Firm Defendant's representation.

5. Attorney Crocker has not received any communication from the Law Firm Defendant since September 23, 2026, the last date that the Law Firm Defendant communicated with Attorney Crocker. To date, Attorney Crocker has not been advised that replacement counsel has been retained, has not been provided the identity or contact information of replacement counsel, and has not been contacted by any attorney seeking to substitute as counsel for the Law Firm Defendant.

6. Attorney Crocker therefore deferred filing this Unopposed Motion for a reasonable period of time in the hope that replacement counsel would be identified and withdrawal and substitution of counsel could be addressed simultaneously. Because replacement counsel has not been identified to or contacted Attorney

Crocker, Attorney Crocker believes it is now necessary to proceed with this Unopposed Motion rather than further delay seeking withdrawal.

7. The Law Firm Defendant does not oppose Attorney Crocker's withdrawal, having agreed on September 23, 2026, that Attorney Crocker should withdraw from the representation.

8. Attorney Crocker has also advised *Pro Se* Plaintiff Isaac S. Ferreira and Justin Homes, Esq. (counsel for Defendant Crown Asset Management, LLC) of his intended withdrawal. Crown's counsel has advised Attorney Crocker that Crown does not oppose the requested withdrawal. *Pro Se* Plaintiff has likewise advised Attorney Crocker that he does not oppose the requested withdrawal, subject to the conditions identified in Paragraph 9 below. Accordingly, this Motion is unopposed.

9. In advising Attorney Crocker of his non-opposition, *Pro Se* Plaintiff requested that the Motion confirm that: (i) the Law Firm Defendant will receive the notice required by D.C.COLO.LAttyR 5(b) concerning its obligation to appear through counsel and the potential consequences of failing promptly to obtain substitute counsel; and (ii) *Pro Se* Plaintiff's non-opposition to Attorney Crocker's withdrawal does not constitute consent to an extension of any other deadline in this action, other than the parties' previously agreed-upon October 9, 2026 date for the simultaneous exchange of Rule 26(a)(1) disclosures. This Motion does not request an extension of any deadline.

10. On October 2, 2026, the Court entered its Scheduling Order. (ECF No. 27.). Prior to entry of the Scheduling Order, the parties previously agreed in writing

to extend the date for their simultaneous exchange of disclosures pursuant to Fed. R. Civ. P. 26(a)(1) through and including Friday, October 9, 2026. By email sent today, October 5, 2026, the *Pro Se* Plaintiff has advised Attorney Crocker and Crown's counsel that he intends to file a motion requesting that the Scheduling Order be modified to reflect that agreement.

11. The Law Firm Defendant is aware of the Court's October 2, 2026 Scheduling Order (ECF No. 27) and has a copy of the Scheduling Order. The Law Firm Defendant is also aware of: (i) the October 9, 2026 disclosure date previously agreed upon by the parties for the simultaneous exchange of Rule 26(a)(1) disclosures; (ii) the need to retain replacement counsel; and (iii) the Law Firm Defendant's continuing obligation to comply with all applicable Court orders, deadlines, statutes, and rules.

12. D.C.COLO.LAttyR 5(b) provides that withdrawal is effective only upon entry of a Court order after service of the motion upon all counsel of record, any unrepresented party, and the client of the withdrawing attorney. The Rule further requires that the client be advised that it remains personally responsible for complying with all Court orders and time limitations established by applicable statutes and rules. Because the Law Firm Defendant is a corporation or other legal entity, D.C.COLO.LAttyR 5(b) further requires notice that the entity may not appear without counsel admitted to the Bar of this Court and that, absent the prompt appearance of substitute counsel, pleadings and papers may be stricken and default judgment or other sanctions may be imposed against the entity.

13. **The Law Firm Defendant is expressly advised by way of this Unopposed Motion that, notwithstanding the filing or granting of this Unopposed Motion, the Law Firm Defendant remains responsible for complying with all Court orders and all time limitations established by applicable statutes and rules, including all deadlines established in the Court's October 2, 2026 Scheduling Order (ECF No. 27) and the October 9, 2026 date previously agreed upon by the parties for the mutual exchange of Rule 26(a)(1) disclosures.**

14. **The Law Firm Defendant is further expressly advised that, as a professional corporation or other legal entity, it may not appear in this action without counsel admitted to the bar of this Court and that, absent the prompt appearance of substitute counsel, pleadings and papers filed on behalf of the Law Firm Defendant may be stricken, and default judgment or other sanctions may be imposed against the Law Firm Defendant.**

15. Attorney Crocker will promptly serve a file-marked copy of this Unopposed Motion upon the Law Firm Defendant by email to its principal, Frederic I. Weinberg, as well as to Katlyn S. Hughes. The *Pro Se* Plaintiff and counsel for Crown will be served with a copy of this Unopposed Motion through the Court's CM/ECF system.

16. Unless and until the Court grants this Unopposed Motion, Attorney Crocker recognizes that he remains counsel of record for the Law Firm Defendant and will continue to comply with his professional obligations to protect the Law Firm

Defendant's interests. Attorney Crocker will also cooperate with replacement counsel to facilitate an orderly transition of the representation.

17. Pursuant to Civ. Practice Standard 7.1A(a)(1), Attorney Crocker will transmit a proposed order granting this Unopposed Motion in Word format to Judge Crews' Chambers by email.

**WHEREFORE, PREMISES CONSIDERED**, Kevin T. Crocker, Esq. and Barron & Newburger, P.C. respectfully request that the Court enter an Order granting this Unopposed Motion and permitting them to withdraw as counsel of record for Defendant The Law Offices of Frederic I. Weinberg & Associates, P.C., and granting such other and further relief as the Court deems appropriate.

Respectfully submitted the 5th day of October, 2026.

/s/ Kevin T. Crocker

Kevin T. Crocker, Esq.
Col. Reg. No. 55387
**BARRON & NEWBURGER, P.C.**
10901 W. Toller Drive, Ste. 350
Littleton, Colorado 80127
Telephone: (512) 649-2417
Facsimile: (512) 279-0310
Email: kcrocker@bn-lawyers.com

***Current Counsel for Defendant The Law Offices of Frederic I. Weinberg & Associates, P.C.***

## CERTIFICATION OF CONFERRAL

This is to certify that on the 23rd day of September, 2026, Attorney Crocker and the Law Firm Defendant conferred and agreed that Attorney Crocker should withdraw as counsel of record for the Law Firm Defendant in this case. This is to further certify that on the 24th day of September, 2026, Attorney Crocker conferred with *Pro Se* Plaintiff and counsel for Defendant Crown Asset Management, LLC regarding the relief requested in this Motion. Crown's counsel advised Attorney Crocker that Crown does not oppose the requested withdrawal. *Pro Se* Plaintiff advised Attorney Crocker that he does not oppose the requested withdrawal subject to the conditions set forth in Paragraph 9 of this Motion, which are addressed by this Motion.

/s/ Kevin T. Crocker
Kevin T. Crocker, Esq.

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of October, 2026 a true and correct copy of the foregoing *Unopposed Motion to Withdraw as Counsel for Defendant The Law Offices of Frederic I. Weinberg & Associates, P.C.* has been forwarded via email transmission and/or the Court's CM/ECF system to: (i) Defendant The Law Offices of Frederic I. Weinberg & Associates, P.C., 375 East Elm Street, Suite 210, Conshohocken, PA 19428, (844) 676-0247 [Toll Free], Emails: fred.weinberg@fiwlaw.com and katlyn.hughes@fiwlaw.com; (ii) *Pro Se* Plaintiff Isaac S. Ferreira, 6050 Stetson Hills Blvd., Ste. 141, Colorado Springs, Colorado 80923, (302) 249-5019 [Telephone], Email: isaac.steven.ferreira@gmail.com; (iii) counsel for Defendant Crown Asset Management, LLC: Justin H. Homes, Esq., Sessions, Israel & Shartle, LLP, 3838 N. Causeway Blvd., Ste. 2800, Metairie, Louisiana 70002, (504) 828-3700 [Telephone], (504) 828-3737 [Facsimile], email: jhomes@sessions.legal.

/s/ Kevin T. Crocker
Kevin T. Crocker, Esq.